1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4
   Attorney for Defendant
5  RONALD KUNZLER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF CALIFORNIA, | Case No.: 06-CR-00198-OWW |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| RONALD KUNZLER, | |
| DEFENDANT | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE OLIVER W. WANGER; AND SHEILA K. OBERTO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RONALD KUNZLER, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for 08/14/2006 be continued to 09/11/2006 at 9:00 a.m. or a date convenient to court and counsel.

I am respectfully requesting a continuance of the hearing because additional time is needed to prepare for defense investigation and preparation. I have been in contact with Ms. Oberto and she has no opposition to this request.

Based upon the foregoing, I respectfully request that this matter be continued to September 11, 2006.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(i).

Dated: 08/07/2006

                     /s/ David A. Torres
                     DAVID A. TORRES
                     Attorney for Defendant

                     McGREGOR W. SCOTT
                     United States Attorney

Dated: 08/08/2006           By /s/ Sheila K. Oberto
                     SHEILA K. OBERTO
                     Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

                     IT IS SO ORDERED.

**Dated:   August 10, 2006**          /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE