**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936

Attorney for Defendant
RONALD HARRISON KUNZLER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-CR-00198-OWW |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| RONALD HARRISON KUNZLER, | |
| DEFENDANT. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE OLIVER W. WANGER; AND SHEILA K. OBERTO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RONALD KUNZLER, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing currently set for 02/05/2007 be continued to 02/26/2007 at 9:00 a.m., or a date convenient to court and counsel.

I am respectfully requesting a continuance of the hearing because additional time is needed to prepare Objections to the Pre-Sentence Investigation Report. Due to preparation for a homicide jury trial and military reserve duty, I was unable to prepare and complete said Objections in a timely manner. I have been in contact with Ms. Oberto and she has no opposition to this request.

1  Based upon the foregoing, I respectfully request that this matter be continued to
2  February 26, 2007.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(i).
5  Dated: 01/24/2007

                                        /s/ David A. Torres
                                        DAVID A. TORRES
                                        Attorney for Defendant

                                        McGREGOR W. SCOTT
                                        United States Attorney

10  Dated: 01/31/2007                       By /s/ Sheila K. Oberto
                                        SHEILA K. OBERTO
                                        Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).                                IT IS SO ORDERED.

Emm0d6**Dated:    January 31, 2007**        /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE