**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
RONALD KUNZLER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           PLAINTIFF,<br><br>RONALD KUNZLER ,<br>           DEFENDANT. | Case No.: 06-CR-00198 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, RONALD KUNZLER by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference re terms of probation currently set for January 3, 2011 be continued to January 18, 2011 at 9:00 a.m., or a date convenient to court and counsel.

   I am currently out of the country and will not be returning until January 3, 2011.

   Based upon the foregoing, I respectfully request that this matter be continued to January 18, 2011.

Dated: December 22, 2010                    /s/ David A. Torres
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            RONALD KUNZLER

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   December 22, 2010**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference    2